IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUENTIN WILKIE,

                Plaintiff,

v.                                          OPINION and ORDER

TIMOTHY LARSON, BRENDA YASKAL,
JEFF OCWIEJA, and                         25-cv-382-jdp
COLUMBIA COUNTY, WISCONSIN,

                Defendants.

---

Plaintiff Quentin Wilkie, proceeding without counsel, alleges that Columbia County officers pulled him over and charged him with operating under the influence, without probable cause, because he is gay. The court has already concluded that Wilkie may proceed without prepayment of any portion of the filing fee.

Ordinarily the next step in this case would be for me to screen Wilkie's complaint under 28 U.S.C. § 1915 to determine whether it states any viable claims for relief. But Wilkie did not sign his mailed complaint, instead marking it with the notation "/s/." Dkt. 1, at 3. That is insufficient. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented."); *Becker v. Montgomery*, 532 U.S. 757, 764 (2001) ("we read the requirement of a signature to indicate . . . a name handwritten (or a mark handplaced))." The clerk of court sent the complaint back to Wilkie for him to sign, but he did not return it. Therefore, I will dismiss the case without prejudice, meaning that Wilkie may refile the case later, so long as he complies with the applicable statutes of limitations.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED without prejudice.

2. The clerk of court is directed to enter judgment accordingly and close the case.

Entered September 22, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge